UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOE MYERESS,<br>     Plaintiff,<br>v.<br><br>CRAIG E. SCOTT, LAW OFFICES OF SCOTT & GUY, P.A., and SCOTT & GUY REALTY, LLC,<br>     Defendants. | CIVIL ACTION: 16-62737-BB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joe Myeress and Defendant Craig E. Scott hereby jointly stipulate for dismissal of the above-captioned action with prejudice.  Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| **DUANE MORRIS LLP** | **CRAIG E. SCOTT** |
| By: s/Karen C. Kline | By: s/ Craig E. Scott |
| Karen C. Kline | Craig E. Scott, Esq. |
| Florida Bar No. 059998 | 5636 Hollywood Blvd. |
| 5100 Town Center Circle, Suite 650 | Hollywood, FL 33021 |
| Boca Raton, FL  33486-9000 | Telephone: (954) 983-5150 |
| Telephone: (561) 962-2132 | Facsimile: (954)983-5151 |
| Facsimile: (305) 397 2248 | Email: craigscott@scottandguy.com |
| Email: KCKline@duanemorris.com | |
| | *Acting Pro Se* |
| *Attorneys for Plaintiff Joe Myeress* | |

Dated:  December 29. 2016

## CERTIFICATE OF SERVICE

I certify that on December 29, 2016 a true and correct copy of the foregoing document was served on all Defendants of record via ECF filing and U.S. mail, first class postage pre-paid, to:

>Craig E. Scott
>5636 Hollywood Blvd.
>Hollywood, FL 33021

>By: s/Karen C. Kline_____
>Karen C. Kline